# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

HEIDI DAWN BRIANAS

v.                                              2:26-cv-170-NPM

COMMISSIONER OF SOCIAL SECURITY

---

## ORDER

We hereby **GRANT** the Commissioner's unopposed motion for entry of judgment with remand (Doc. 9). Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings. If Plaintiff prevails in this action on remand and seeks a fee award, Plaintiff must comply with Local Rule 7.01(e). The clerk is **directed** to enter judgment, terminate all scheduled events, and close the case.

**ORDERED** on May 22, 2026

_____
NICHOLAS P. MIZELL
United States Magistrate Judge